UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― X
STACEY GREENFIELD,                                  :
                                                    : No. 1:15-CV-04478-ER
                                                    :
                    Plaintiff,                      :
        v.                                          :
                                                    : **NOTICE OF APPEARANCE**
CADIAN CAPITAL MANAGEMENT, LP,                      :
CADIAN FUND LP, CADIAN MASTER                       :
FUND LP, CADIAN GP, LLC, CADIAN                     :
CAPITAL MANAGEMENT GP, LLC, ERIC                    :
BANNASCH and INFOBLOX INC.,                         :
                                                    :
                    Defendants.                     :
                                                    :
―――――――――――――――――――――――― X

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Robert H. Pees, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Cadian Capital Management, LP; Cadian Fund LP; Cadian Master Fund LP; Cadian GP, LLC; Cadian Capital Management GP, LLC, and Eric Bannasch in the above-captioned action and requests that all pleadings, notices, filings, correspondence and other papers relating to this litigation be served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that the defendants have in this action.

Dated: New York, New York
November 11, 2016

                                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                      /s/ Robert H. Pees
                                    Robert H. Pees
                                    One Bryant Park
                                    New York, NY 10036
                                    Telephone: (212) 872-1072
                                    Facsimile: (212) 872-1002
                                    rpees@akingump.com