Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/28/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————— X

STACEY GREENFIELD

          Plaintiff,

  v.

CADIAN CAPITAL MANAGEMENT, LP,
CADIAN FUND LP, CADIAN MASTER
FUND LP, CADIAN GP, LLC, CADIAN
CAPITAL MANAGEMENT GP, LLC, ERIC
BANNASCH and INFOBLOX, INC.,

          Defendants.

——————————————— X

No. 1:15-CV-04478

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this action be dismissed with prejudice, each party to bear her or its costs.

Dated: November 23, 2016
      New York, New York

*[Signatures on following page.]*

## STIPULATION OF DISMISSAL WITH PREJUDICE
## 1:15-cv-04478 (Ramos, J.)

Dated: New York, New York
November 23, 2016

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Douglas A. Rappaport
Robert H. Pees
Jessica Cliff Daly
One Bryant Park
New York, NY 10036
Darappaport@akingump.com
Jodaly@akingump.com
*Counsel for Defendants Cadian Capital Management, LP, Cadian Fund LP, Cadian Master Fund LP, Cadian GP, LLC, Cadian Capital Management GP, LLC, and Eric Bannasch*

OSTRAGER, CHONG, FLAHERTY & BROITMAN, P.C.

By: _____
Glenn F. Ostrager
Joshua Seth Broitman
Roberto Legaspi Gomez
570 Lexington Avenue 17th Floor
New York, NY 10022
Phone: (212) 681-0600
Fax: (212) 681-0300
Gostrager@ocfblaw.Com
Jbroitman@ocfblaw.Com
Rgomez@ocfblaw.Com
*Co-Counsel for Plaintiff Stacey Greenfield*

BRESSLER, AMERY & ROSS, P.C.

By: _____
Lawrence E. Fenster
17 State Street, 34th Floor
New York, New York 10004
Phone: 212-425-9300
lfenster@bressler.com

*Counsel for Nominal Defendant Infoblox, Inc.*

PAUL D. WEXLER

By: _____
Paul D. Wexler, Attorney at Law
110 E. 59th Street, 23rd Fl
New York, NY 10022
Phone: 212-317-0777
Fax: 212-223-4911
Pdw@paulwexlerlaw.com
*Co-Counsel for Plaintiff Stacey Greenfield*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 11/28/2016
New York, New York